UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THOMAS GESUALDI and FRANK
FINKEL, Trustees of Local 282
International Brotherhood of Teamsters
Welfare, Pension, Annuity, Job Training
and Vacation Sick Leave Trust Funds,

               Plaintiff,         **MEMORANDUM AND ORDER**
                                            Case No. 09-CV-5454 (FB) (JO)

    -against-

C.F.I. ASSOCIATES, INC.,

               Defendant.
-----------------------------------------------------------x

*Appearances:*
*For the Plaintiff:*
AVRAM H. SCHREIBER, ESQ.
40 Exchange Place, Suite 1300
New York, NY 10005

**BLOCK, Senior District Judge:**

        On March 10, 2011, Magistrate Judge Orenstein issued a Report and Recommendation ("R&R") recommending that a default judgment be entered against defendant, C.F.I. Associates, Inc. ("CFI"), in the total amount of $78,667.23. The R&R recited that "[a]ny objections to this Report and Recommendation must be filed no later than March 28, 2011," and that "[f]ailure to file objections within this period waives the right to appeal the district court's order." R&R at 21-22. On March 11, 2011, plaintiff's counsel served a copy of the R&R on CFI at its last known address. To date, no objections have been filed.

ORIGINAL
b&F
C/M

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object, however, and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

The R&R contains no error, let alone plain error. Accordingly, the Court adopts it without *de novo* review and directs the Clerk to enter judgment accordingly.

**SO ORDERED.**

s/ Judge Frederic Block

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
March 31, 2011